
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| T.C. and G.C. as parents and next friends of JANE DOE, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>FRENCHTOWN SCHOOL DISTRICT and RANDY CLINE, in his individual capacity,<br><br>Defendants. | CV 17–176–M–DLC<br><br>ORDER |

Plaintiffs move for the admission of John C. Clune to practice before this Court in this case with Peter Michael Meloy to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit John C. Clune *pro hac vice* (Doc. 3) is GRANTED on the condition that Mr. Clune does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Clune within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 2nd day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court