IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JAN 0 2 2018

Clerk, U.S District Court
District Of Montana
Missoula

| T.C. and G.C. as parents and next friends of JANE DOE, a minor, | CV 17–176–M–DLC |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| FRENCHTOWN SCHOOL DISTRICT and RANDY CLINE, in his individual capacity, | |
| Defendants. | |

Plaintiffs move for the admission of Lauren E. Groth to practice before this Court in this case with Peter Michael Meloy to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Lauren E. Groth *pro hac vice* (Doc. 3) is GRANTED on the condition that Ms. Groth does her own work. This means that he must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Groth within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth above.

DATED this 2nd day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court