IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| T.C. and G.C. as parents and next friends of JANE DOE, a minor,<br><br>Plaintiffs<br><br>vs.<br><br>FRENCHTOWN SCHOOL DISTRICT and RANDY CLINE, in his individual capacity,<br><br>Defendants. | Case No. CV 9:17-cv-00176-DLC<br><br>**ACKNOWLEDGMENT OF SERVICE OF SUMMONS** |

To: PETER MICHAEL MELOY, one of the attorneys for Plaintiffs.

I have received your request to acknowledge and waive service of a summons in this action. I am fully authorized to accept and acknowledge service on behalf of both defendants in the captioned matter.

I agree to save the expense of serving a summons and complaint in this case.

I understand that I will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but I waive any objections to the absence of service of a summons.

I also understand that I must file and serve an answer or a motion under Montana Rule of Procedure 12 within 21 days from the date I sign this acknowledgment and waiver form.

If I fail to do so, a default judgment will be entered against the defendants I represent.

January **3rd**, 2018.

**KTwdwl**
Signature of attorney or party

**Kevin Tw. dwell**
Printed name

**Attorney**
Relationship to entity

**1911 S. Higgins, Msla.**
Address

**Ktwidwell@kalevalaw.com**
E-mail address

**406-542-1300**
Telephone number