Kevin Twidwell
Elizabeth A. O'Halloran
KALEVA LAW OFFICES
1911 S. Higgins Ave.
P.O. Box 9312
Missoula, MT 590807-9312
406.542.1300 (Office)
406.721.1046 (Fax)
ktwidwell@kalevalaw.com
bohalloran@kalevalaw.com
Attorney for Defendants Frenchtown
School District and Randy Cline

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| T.C. and G.C., as parents and next friends of JANE DOE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>FRENCHTOWN SCHOOL DISTRICT and RANDY CLINE, in his individual capacity,<br><br>Defendants. | Civil Action No. CV 17-176-M-DLC<br><br>NOTICE OF APPEARANCE |

NOTICE is hereby given that Elizabeth A. O'Halloran appears as counsel, in addition to Kevin Twidwell, for Defendants Frenchtown School District and Randy Cline.

1

Dated this 19th day of February, 2018.

                                         KALEVA LAW OFFICES
                                         Attorney for Defendants Frenchtown
                                         School District and Randy Cline

                                         /s/ Elizabeth A. O'Halloran

Certificate of Service

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the Federal District Court of Montana, Missoula Division, by CM/ECF.

I certify that all participants in this case are registered CM/ECF users, who receive service electronically through the CM/ECF system:

Peter Michael Meloy
MELOY LAW FIRM
P.O. Box 1241
Helena, MT 59624-1241
406.442.8670

John Clune
Lauren E. Groth
HUTCHINSON BLACK AND COOK, LLC
921 Walnut St., Suite 200
Boulder, CO 80302
303.442.6514

Dated this 19th day of February, 2018.

                                         KALEVA LAW OFFICES
                                         Attorney for Defendants Frenchtown
                                         School District and Randy Cline

                                          /s/ Elizabeth A. O'Halloran