John C. Clune
Lauren E. Groth
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
(303) 442-6514
clune@hbcboulder.com
groth@hbcboulder.com

Peter Michael Meloy
MELOY LAW FIRM
P.O. Box 1241
Helena, MT  59624-1241
(406) 442-8670
mike@meloylawfirm.com
   *Attorneys forPlaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| T.C. and G.C. as parents and next friends of JANE DOE, a minor<br><br>Plaintiffs<br><br>v.<br><br>FRENCHTOWN SCHOOL DISTRICT, and RANDY CLINE, in his individual capacity,<br><br>Defendant. | Case No. 9:17-cv-00176-DLC<br><br>**STATEMENT OF STIPULATED FACTS**<br>**L.R. 16.2(B)(3)** |

Come now the Plaintiffs in the captioned matter and, pursuant to L.R. 16,2(b)(3) make the following statement of stipulated facts:

1. Frenchtown School District is a Montana public school district that receives state and federal funding and is subject to Title IX.

2. Student A enrolled in Frenchtown Junior High School as a seventh grader in 2014 and is currently enrolled at Frenchtown High School.

3. Troy Bashor is an employee of Frenchtown School District and music and choir teacher at Frenchtown High School and Frenchtown Junior High School.

4. Plaintiff Doe was a student at Frenchtown High School for the 2016-2017 school year.

5. Randy Cline is employed by Frenchtown School District as Superintendent of the District.

6. Plaintiff Doe was a student in Mr. Bashor's musical theater and percussion classes, and a student aide for Mr. Bashor.

7. On March 14, 2017, Justice Holloway entered a permanent order of protection against Mr. Bashor.

Dated: March 1, 2018

By:   /s/ John C. Clune
John C. Clune
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018 I electronically filed the foregoing with the Clerk of Court for the Federal District Court of Montana, Missoula Division, by CM/ECF.

I certify that all participants in this case are registered CM/ECF users, who receive service electronically through the CM/ECF system:

Kaleva Law Offices
Elizabeth A. Kaleva
Kevin Twidwell
P.O. Box 9312
Missoula, MT 59807
*Attorney for Defendant District*

Elizabeth O'Halloran
Kaleva Law Offices
P.O. Box 9312
Missoula, MT 59807
*Additional Attorney for Defendant Cline*

        /s/ John C. Clune
       John C. Clune