IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| T.C., G.C., and JANE DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>FRENCHTOWN SCHOOL DISTRICT and RANDY CLINE, in his individual capacity,<br><br>Defendants. | CV 17–176–M–DWM<br><br><br>ORDER |

Before the Court is the parties' joint motion for a protective order. The parties have not shown that their "negotiated and signed stipulation is insufficient to protect their interests." (Scheduling Order, Doc. 18 at ¶ 12.) Accordingly,

IT IS ORDERED that the motion (Doc. 22) is DENIED.

DATED this 7th day of June, 2018.

Donald W. Molloy, District Judge
United States District Court