IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| T.C. and G.C., as parents and next friends of JANE DOE, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>FRENCHTOWN SCHOOL DISTRICT, and RANDY CLINE, in his individual capacity,<br><br>Defendants. | CV 17–176–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 6th day of November, 2018.

_____
Donald W. Molloy, District Judge
United States District Court